[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1094

 TUAN NGUYEN,

 Plaintiff, Appellant,

 v.

 LANCE DEPLANTE,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Patti B. Saris, U.S. District Judge]

 

 Before

 Selya, Boudin and Stahl,
 Circuit Judges.

 

Tuan Nguyen on brief pro se.

 

 JULY 31, 1997
 

 Per Curiam. Upon careful review of the record received

from the district court, appellant's brief, and the appendix,

we perceive no reason to overturn the summary judgment in favor

of appellee. On the record before us, the judgment for

appellee was proper, and none of appellant's procedural

complaints rise to the level of reversible error.

 Affirmed. See 1st Cir. Loc. R. 27.1.

 -2-